The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERRYWEAR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SMOOTH LANDING, INC., d/b/a OISELLE, a/k/a OISELLE RUNNING,<br><br>    Defendant. | CASE NO. 2:23-cv-00595<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT |

STIPULATION

This Stipulated Motion is entered into by Plaintiff SherryWear, LLC ("Plaintiff") and Defendant Smooth Landing, Inc., ("Defendant"), by and through their respective counsel, with reference to the following:

WHEREAS, Plaintiff filed its Complaint for Patent Infringement ("Complaint") on April 19, 2023 (Dkt. # 1).

WHEREAS, the Parties have stipulated and agreed, through their respective counsel, that the deadline for Defendant to file and serve its Answer to the Complaint is extended to June 6, 2023.

IT IS SO STIPULATED.

**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT - 1**
CASE NO. 2:23-cv-00595

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Stipulated and agreed to on May 18, 2023.

| LOWE GRAHAM JONES PLLC | SUMMIT LAW GROUP, PLLC |
| --- | --- |
| Attorneys for Plaintiff SherryWear LLC | Attorneys for Defendant Smooth Landing, Inc. |

By *s/ David A. Lowe [Via email approval]*
   David A. Lowe, WSBA #24453
   *Lowe@LoweGrahamJones.com*
   1325 Fourth Avenue, Suite 1130
   Seattle, WA 98101

CALDWELL INTELLECTUAL
PROPERTY LAW
   Andrew P. Alexander
   *andrew@caldwellip.com*
   Jameson J. Pasek
   *jameson@caldwellip.com*
   200 Clarendon Street, 59th Floor
   Boston, MA 02116

By *s/ Diana Siri Breaux*
   Diana Siri Breaux, WSBA #25320

By *s/ Hathaway Burden*
   Hathaway Burden, WSBA #52970
   *Dianab@summitlaw.com*
   *Hathawayb@summitlaw.com*
   315 Fifth Avenue S., Suite 1000
   Seattle, WA  98104

**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT - 2**
CASE NO. 2:23-cv-00595

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

**ORDER**

IT IS SO ORDERED.

DATED this 25th of May, 2023.

Jamal N. Whitehead
United States District Judge

**STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT - 3**
CASE NO. 2:23-cv-00595

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001