Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRYWEAR, LLC | Civil Action No. 23-cv-00595-JNW |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| SMOOTH LANDING, INCORPORATED D/B/A OISELLE RUNNING, INCORPORATED | |
| Defendant. | |

**NOTICE OF WITHDRAWAL**

Pursuant to LCR 83.2(b)(3), this Notice serves as a Notice of Withdrawal in connection with Andrew Alexander. Plaintiff SherryWear, LLC ("SherryWear") is currently represented by Jameson Pasek, David Lowe and Andrew Alexander. Andrew Alexander withdraws from the present case. SherryWear remains represented by Jameson Pasek and David Lowe.

NOTICE OF WITHDRAWAL - 1

| | |
|---|---|
| Dated: June 5, 2023 | Respectfully submitted,<br><br>**CALDWELL**<br><br>*// Jameson J. Pasek*<br>Jameson J. Pasek (BBO# 692924)<br>jameson@caldwellip.com<br>Caldwell Intellectual Property Law<br>200 Clarendon St., 59th Floor,<br>Boston, MA 02116<br>(857) 496-8913<br><br>// David A. Lowe<br>David A. Lowe, WSBA No. 24453<br>Lowe@lowegrahamjones.com<br>LOWE GRAHAM JONES PLLC<br>1325 Fourth Avenue, Suite 1130<br>Seattle, WA  98101<br>(206) 381-3300<br><br>*Attorneys for Plaintiff, Remaining Attorneys*<br><br>//Andrew P. Alexander<br>Andrew P. Alexander (BBO# 710413)<br><br>*Withdrawing Attorney* |

NOTICE OF WITHDRAWAL - 2